574

441 A.2d 780

Deneen v. Bartlett.

Deneen, Appellant v. Bartlett.

Appeal of Kenneth S. Bartlett.

Argued May 22, 1981. W. D. Phillips, for Bartlett, appellant (at No. 756) and appellee (at No. 760); Jack L. Bergstein, for Deneen, appellant (at No. 760) and appellee (at No. 756).

Before CERCONE, P. J., MONTGOMERY and VAN der VOORT, JJ.

The order of the lower court is affirmed.

441 A.2d 800

Dixon, etc. v. Zokaites, et al., Appellants.

Argued October 27, 1981. George E. Loebig, for appellants; John T. Richards, III, for appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The judgment of the lower court is hereby affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.